IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIE HASDORFF and JOHN CONVERY | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 5:25-cv-00048 |
| NAVY FEDERAL CREDIT UNION, | § § § | JURY |
| Defendant | § § § § | |

## NOTICE OF REMOVAL

Defendant, Navy Federal Credit Union ("Defendant" or "NFCU") files this Notice of Removal pursuant to 28 USC § 1446. This Notice of Removal is signed by the undersigned attorney for Defendant pursuant to Rule 11 of the Federal Rules of Civil Procedure.

### Bexar County Litigation

1. NFCU is currently named as a Defendant in a civil action pending in the 438th District Court of Bexar County, Texas under cause number 2024CI25562 styled as above. The San Antonio Division of the United States District Court for the Western District of Texas is the district and division where this litigation should be removed. 11 U.S.C. §124(d)(4).

2. Venue is proper in this judicial district because a substantial part of the events or omissions giving rise to Plaintiffs claims occurred in this district. 28 U.S.C.A. § 1391.

3. Defendant was served with a citation on December 19, 2024 and filed its answer in the

Bexar County District Court litigation. This removal is filed within the period contemplated under 28 U.S.C. §1446 and is timely.

## Short and Plain Statement of the Grounds for Removal

- **Citizenship of Plaintiffs**

4. The action removed by NFCU is a civil action brought in a state court of which the district courts of the United States have original jurisdiction. This Court has original subject matter jurisdiction over this proceeding pursuant to 28 USC §1332 (a) – Diversity of Citizenship. Plaintiffs, Julie Hasdorff and John Convery are citizens of the State of Texas.

- **Citizenship of Navy Federal Credit Union**

5. NFCU is a federally chartered credit union. Through 28 USC §1332, congress provided "a general rule for corporate citizenship, and that text grants a federal corporation the citizenship of its principal place of business." *Navy Fed. Credit Union v. LTD Fin. Services, LP,* 972 F.3d 344, 350 (4th Cir. 2020). NFCU is a citizen of Virginia. *Id.*

- **Amount in Controversy**

6. The amount in controversy is "an estimate of the amount that will be put at issue in the course of the litigation. *Durbois v. Deutsche Bank Nat'l Tr. Co. as Tr. of Holders of AAMES Mortgage Inv. Tr. 20054 Mortgage Backed Notes,* 37 F.4th 1053, 1057 (5th Cir. 2022). The amount is measured by the value of the object of the litigation. *See, e.g.*, 14AA Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 3702.5 (4th ed.). "It is well-settled ... that the amount in controversy for jurisdiction purposes is measured by the direct pecuniary value of the right that the plaintiff seeks to enforce or protect or the value of the object that is the

subject matter of the suit."); *id.* § 3708; *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347, 97 S.Ct. 2434, 53 L.Ed.2d 383 (1977) (the amount in controversy is measured by the value of the object of the litigation."); *Farkas v. GMAC Mortg., LLC*, 737 F.3d 338, 341 (5th Cir. 2013) (per curiam). By their pleadings ("Plaintiffs seek only monetary relief over $250,000 but not more than $1,000,000 and demand judgment for all the other relief to which they may be entitled") the value of the object that is the subject matter of Plaintiffs' suit is in excess of the $75,000.00 minimum threshold amount required for diversity jurisdiction. Diversity jurisdiction is inarguably established.

## Processes, Pleadings and Orders

7. The following pleadings, papers and documents filed in the Bexar County District Court action are attached:

- Exhibit 1 – Docket Sheet through January 10, 2025;
- Exhibit 2 - Plaintiff's Original Petition;
- Exhibit 3 – Defendant's Answer

    Respectfully submitted,

    McCARTHY HOLTHUS, LLP

    */s/ Robert L. Negrin*
    Robert L. Negrin
    Texas Bar No. 14865550
    Cole Patton/ TBN: 24037247
    Yoshie Valadez /TBN: 24091142
    1255 West 15th Street Suite 1060
    Plano, Texas 75075
    (713) 515.9005
    Rrnegrin@mccarthyholthus.com
    **Attorneys for Defendant Navy Federal Credit Union**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on plaintiff's counsel of record via United States First Class mail, postage prepaid, pursuant to the Federal Rules of Civil Procedure on January 10, 2025:

Wiliam M. Clanton
926 Chulie Drive
San Antonio, Texas 78216

                                              */s/ Robert L. Negrin*
                                              Robert L. Negrin